IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION FILE NO. 5:19-CT-3131-BO

GREG H. JOHNSON,

        Plaintiff,

v.

M. MEADOWS, et al.,

        Defendants.

**DEFENDANT BRAMBLE'S PROPOSED VERDICT SHEET**

The Defendant Edward E. Bramble, by and through his undersigned counsel, herewith provides the Court with the following Proposed Verdict Sheet:

1. Do you find that Plaintiff established by a preponderance of the evidence that Defendant Morris Meadows used force against the Plaintiff maliciously and sadistically for the very purpose of causing Plaintiff harm on September 2, 2018?

    Yes____    No____

    *If you answered "No" to Question #1 above, then you have found for Defendant Morris Meadows and you should not proceed any further. If, on the other hand, you answered "Yes," proceed to Question #2 below.*

2. As a result of Defendant Meadow's actions, did Plaintiff suffer some injury?

    Yes____    No____

    *If you answered "No" to Question #2 above, then you have found for Defendant Morris Meadows and you should not proceed any further. If, on the other hand, you answered "Yes," proceed to Question #3 below.*

3. Did Defendants Edward Bramble, Timmie Hicks, and/or Nichole Leszczak, while acting under color of state law, violate Plaintiff's Eighth Amendment rights by demonstrating deliberate indifference to his injuries?

   Defendant Bramble    Yes _____    No _____

   Defendant Hicks      Yes _____    No _____

   Defendant Leszczak   Yes _____    No _____

   *If you answered "No" to Question #3 above, then you have found for Defendant Edward Bramble, Timmie Hicks and/or Nichole Leszczak and you should not proceed any further. If, on the other hand, you answered "Yes," proceed to Question #4 below.*

4. Did the plaintiff suffer (disfigurement)(loss of use of part of the body)(permanent injury) that was proximately caused by the conduct of Defendants Edward Bramble, Timmie Hicks and/or Nichole Leszczak that was in reckless disregard of the rights of others, grossly negligent or intentional, with malice?

   Defendant Bramble    Yes _____    No _____

   Defendant Hicks      Yes _____    No _____

   Defendant Leszczak   Yes _____    No _____

   *If you answered "No" to Question #5 above, then you have found for Defendant Edward Bramble Timmie Hicks and/or Nichole Leszczak and you should not proceed any further. If, on the other hand, you answered "Yes," proceed to Question #5 below.*

5. Did Plaintiff suffer damages from the conduct of Defendants Edward Bramble, Timmie Hicks and/or Nichole Leszczak?

   If YES, what is the dollar amount of Plaintiff's damages?

   Defendant Bramble    $_____

   Defendant Hicks      $_____

   Defendant Leszczak   $_____

   If NO, award nominal damages in the amount of $1.00:

| | |
|---|---|
| Defendant Bramble | $_____ |
| Defendant Hicks | $_____ |
| Defendant Leszczak | $_____ |

6. Is Plaintiff entitled to punitive damages?

    Yes____        No____

    If YES, what is the dollar amount of punitive damages?

| | |
|---|---|
| Defendant Bramble | $_____ |
| Defendant Hicks | $_____ |
| Defendant Leszczak | $_____ |

SO SAY WE ALL.

DATE_____

                                                    _____
                                                    Jury Foreperson Signature

This the 12th day of September, 2022.

                                                                                LAW OFFICES OF
                                                                                ROBERT O. CRAWFORD III, PLLC

By /s/ *Robert O. Crawford III*
       Robert O. Crawford III
       N.C. State Bar No. 12373

4242 Six Forks Road, Suite 1550
Raleigh, NC   27609
Telephone: 984-220-8280
Facsimile:   800-878-8638
Email: bob@crawfordlaw.biz

ATTORNEY FOR DEFENDANT
EDWARD E. BRAMBLE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No.:  5:19-CT-03131-BO

| | |
|---|---|
| GREG H. JOHNSON, Plaintiff, v. M. MEADOWS, E. BRAMBLE, N. LESZCZAK, T. HICKS, Defendants. | **CERTIFICATE OF SERVICE** |

It is hereby certified that on September 12, 2022, the foregoing DEFENDANT BRAMBLE'S PROPOSED VERDICT SHEET was filed with the Clerk of Court using the CM/ECF system which will provide electronic notice to the following:

John M. Kirby
Law Offices of John M. Kirby, PLLC
4801 Glenwood Avenue, Suite 300
Raleigh, NC   27612
*Counsel for Defendant Meadows*

Bradley D. Brecher
Assistant Attorney General
N.C. Department of Justice
P.O. Box 629
Raleigh, NC   27602-0629
*Counsel for Defendants Hicks and Leszczak*

I further certify that I have on this date served a copy upon the Plaintiff, a non-CM/ECF participant, via regular United States mail, first class postage prepaid, and addressed as follows:

Greg H. Johnson
OPUS No. 0737463
Granville Correctional Institution
P.O. Box 2500
Butner, NC   27509

LAW OFFICES OF
ROBERT O. CRAWFORD III, PLLC

By /s/ *Robert O. Crawford III*
     Robert O. Crawford III
     N.C. State Bar No. 12373

4242 Six Forks Road, Suite 1550
Raleigh, NC   27609
Telephone: 984-220-8280
Facsimile:   800-878-8638
Email: bob@crawfordlaw.biz

-5-