IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

GREG H. JOHNSON,
        Plaintiff,
    v.                                **Judgment in a Civil Case**
M. MEADOWS, E. BRAMBLE, T. HICKS,
and NURSE LEZCAK,
        Defendants.               Case Number: 5:19-CT-3131-BO

**Decision by Court.**

This action came before the Court to provide a written decision providing the basis for the court's oral order at the September 2022 trial granting defendants' motion for judgment as a matter of law pursuant to Federal Rule of Civil Procedure 50(a) as to plaintiff's claims for excessive force and deliberate indifference.

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed.

This Judgment Filed and Entered on September 29, 2022, with service on:
Greg H. Johnson, #0737463
Granville Correctional Institution
P.O. Box 2500
Butner, NC 27509  (via U.S. Mail)

John M. Kirby, Bradley Daniel Brecher, Robert O. Crawford , III
(via CM/ECF Notice of Electronic Filing)

September 29, 2022                              Peter A. Moore, Jr.
                                                    Clerk of Court

                                                  By: _[signature]_
                                                       Deputy Clerk