FILED: March 12, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-7175
(5:19-ct-03131-BO)

_____

GREG H. JOHNSON

       Plaintiff - Appellant

v.

M. MEADOWS; E. BRAMBLE; T. HICKS; NURSE LESZCZAK

       Defendants – Appellees

_____

O R D E R
_____

The court authorizes preparation of transcript at government expense pursuant to the standards set forth in 28 U.S.C. § 753(f). The court directs preparation of a transcript of the trial in its entirety, held in district court on September 13, 2022, which proceedings were recorded by Sandra Graham.

When the transcript has been completed, the court reporter shall file the original transcript with the district court, send appellant's copy of the transcript to

pro se appellant, and send the invoice to the Fourth Circuit for payment. The appellant's mailing address is Greg H. Johnson, #0737463, Central Prison, 1300 Western Boulevard, Raleigh, NC 27606.

                                                       For the Court

                                                       /s/ Nwamaka Anowi, Clerk