IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:19-CT-03131-BO

| | | |
|---|---|---|
| **GREG H. JOHNSON,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **NCPLS RESPONSE TO** |
| v. | ) | **APPOINTMENT ORDER** |
| | ) | |
| **M. MEADOWS,** | ) | |
| | ) | |
| Defendant. | ) | |

In response to the court's order and pursuant to Standing Order 21-SO-11, the undersigned counsel have assisted the plaintiff by representing him for the purpose of a court-hosted settlement conference, which was held on January 29, 2025. North Carolina Prisoner Legal Services, Inc. will not provide further representation to Plaintiff in this action. The plaintiff's last known address is Mr. Greg Johnson, 309 E Lizzie St., Selma, NC 27576.

Respectfully submitted on the 30th day of January, 2025.

/s/ *Sunny Khan Frothingham*
Sunny Khan Frothingham
N.C. Bar No. 62367

/s/ *Daixi Xu*
Daixi Xu
N.C. Bar No. 58845

N.C. Prisoner Legal Services, Inc.
Post Office Box 25397
Raleigh, North Carolina 27611
(919) 856-2200
(919) 856-2223 (Fax)
sfrothingham@ncpls.org
dxu@ncpls.org

## CERTIFICATE OF SERVICE

      I hereby certify that on January 30, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record for all parties. I also hereby certify that on January 30, 2025, a copy of the foregoing was mailed to the following individual:

**Mr. Greg Johnson**
309 E Lizzie St.
Selma, NC 27576

/s/ *Sunny Khan Frothingham*
Sunny Khan Frothingham