UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:19-CT-3131-BO

| | |
|---|---|
| GREG H. JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>M. MEADOWS,<br><br>Defendant. | **STIPULATION OF DISMISSAL** |

STIPULATION OFDISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

Plaintiff and Defendant hereby stipulate under Federal Rule of Civil Procedure 41(A)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

Respectfully submitted, this the 13 day of June, 2025.

Greg H. Johnson # 397112
Wake County Public Safety Center
PO Box 2419
Raleigh, NC 27602

/s/ John M. Kirby
Law Offices of John M. Kirby, P.L.LC
4801 Glenwood Ave., Suite 200
Raleigh, NC 27612
john@legal-nc.com
(919) 861-9050
Fax (919) 390-0325
Counsel for Defendant M. Meadows